

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2013

No. 04-12-00483-CV

**THE TOWN OF BARTONVILLE PLANNING AND ZONING BOARD OF ADJUSTMENTS** and Kristi Gilbert,
Appellants

v.

**BARTONVILLE WATER SUPPLY CORPORATION**,
Appellee

From the 393rd District Court, Denton County, Texas
Trial Court No. 2012-60272-393
The Honorable Douglas M. Robison, Judge Presiding

## O R D E R

Sitting:      Karen Angelini, Justice
              Sandy Bryan Marion, Justice
              Patricia O. Alvarez, Justice

The panel has considered the Appellee's Motion for Rehearing, and the motion is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2013.

_____
Keith E. Hottle
Clerk of Court